```
                    DATE: 4/21/2015           AT: 10:00

BEFORE JUDGE JOANNA SEYBERT:

                         ORDER TO SHOW CAUSE

DOCKET NUMBER:   CV 15-2031, 2032, 2033, 2034

TITLE: MERGENTHALER -V- THALER, ET AL.

APPEARANCES:

FOR APPELLANT:  PETER MERGENTHALER, PRO SE

FOR APPELLEES: MELISSA LEVINE (FOR DEAN OSEKAVAGE)


COURT REPORTER:    P. AUERBACH     E. COMBS       P. LOMBARDI
    S. PICOZZI     M. STEIGER      R. TOLKIN      D. TURSI
  X O. WICKER

  X        CASE CALLED.

  X        COUNSEL FOR ALL INTERESTED PARTIES PRESENT.

___        COUNSEL FOR _____ NOT PRESENT.

___        HEARING HELD; WITNESS(ES) CALLED.

___        DISCOVERY TO BE COMPLETED BY_____

___        PARTIES TO COMPLETE_____
           BY THE NEXT CONFERENCE OR BY_____

___        NEXT CONFERENCE SET FOR_____

___        CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
           FOR_____

___        MOTIONS TO BE FILED BY_____

___        JURY SELECTION SET FOR_____

___        TRIAL SET FOR_____

  X        OTHER: ARGUMENT HEARD.  DECISION RESERVED.
```